**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT VITIELLO,

        Plaintiff,

  - against -

COUNTY OF NASSAU,

        Defendant
-----------------------------------------------------------X

**JUDGMENT**
CV 19-3465 (JMA)(AKT)

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 30, 2020, granting Defendant's motion to dismiss, and respectfully directing the Clerk of Court to enter judgment accordingly and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Robert Vitiello take nothing of Defendant County of Nassau; that Defendant's motion to dismiss is granted; and that this case is closed.

Dated: September 30, 2020
       Central Islip, New York

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT
                                   BY:    /S/ JAMES J. TORITTO
                                                  DEPUTY CLERK